## Philip J. Sullivan *v.* Michael Pearce
### (6072)

Daly, Stoughton and O'Connell, Js.
Argued June 15—decision released June 24, 1988

*Robert K. Walsh,* for the appellant (plaintiff).

*Edward J. Dolan,* with whom, on the brief, was *Kent Harvey,* for the appellee (defendant).

Per Curiam. There is no error.